UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LUANN LUTZ,

        Plaintiff,

v.

JOAN L. ZAUN, MUNICH REINSURANCE
AMERICA, INC. AS SPONSOR OF THE
MUNICH REINSURANCE AMERICA,
INC. SAVINGS PLAN 094050; and VANGUARD
GROUP, INC. PLAN ADMINISTRATOR
OF THE MUNICH REINSURANCE AMERICA
INC. SAVINGS PLAN,

        Defendants.

Civil Action No. 11-6674

STIPULATION OF COUNSEL

IT IS HEREBY agreed by and among the undersigned counsel that the above-referenced matter shall be remanded back to the Court of Common Pleas of Northampton County, Pennsylvania, for further proceedings.

It is further agreed that the issues raised by Defendant, Estate of Michael J. Connors in its pending Motion to Dismiss shall be deemed moot by virtue of this Stipulation.

The undersigned parties reserve any and all rights, claims and defenses in this matter.

PFEIFFER & BRUNO, PC
Attorney for Plaintiff

By: _____
CHARLES BRUNO, ESQ.
A Member of the Firm

Dated: 4/23/12

FOX ROTHSCHILD, LLP
Attorney for Joan L. Zaun

By: _____
BRIAN SUBERS, ESQ.
A Member of the Firm

Dated: 4/23/12

| | |
|---|---|
| CONSTANGY BROOKS & SMITH, LLC<br>Attorneys for Munich Reinsurance<br>America, Inc. | THE VANGUARD GROUP, INC. |
| By:_____<br>JOHN E. MACDONALD, ESQ.<br>A Member of the Firm | By:_____<br>RICHARD E. COE, ESQ.<br>Associate General Counsel |
| Dated: | Dated: |