UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUANN LUTZ, PREVIOUSLY KNOWN AS LUANN CONNORS<br><br>Plaintiff,<br><br>v.<br><br>JOAN L. ZAUN, AS ADMINISTRATRIX FOR THE ESTATE OF MICHAEL J. CONNORS, DECEASED, C/O FOX ROTHSCHILD, LLP MUNICH REINSURANCE AMERICA, INC. AS SPONSOR OF THE MUNICH REINSURANCE AMERICA, INC. SAVINGS PLAN 094050; and VANGUARD GROUP, INC. PLAN ADMINISTRATOR OF THE MUNICH REINSURANCE AMERICA INC. SAVINGS PLAN,<br><br>Defendants. | Civil Action No. 11-6674 |

## **CONSENT ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of the attached Stipulation of Counsel executed by the counsel for the parties who have a dispute before the Court which is currently the subject of a pending Motion to Dismiss filed by Defendant, Joan L. Zaun, as Administratrix for the Estate of Michael J. Connors, it is hereby ordered that the Stipulation of Counsel is approved and:

1. The above-referenced matter shall be remanded back to the Court of Common Pleas of Northampton County, Pennsylvania for further proceedings.

2. The issues raised by Defendant, Estate of Michael J. Connors in its pending Motion to Dismiss shall be deemed moot by virtue of this Order.

BY THE COURT:

_____
Honorable Lawrence F. Stengel

Dated: _____