UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUANN LUTZ, previously known as LUANN CONNORS,<br><br>Plaintiff,<br><br>v.<br><br>JOAN L. ZAUN, as Administratrix for The Estate of MICHAEL L. CONNORS, Deceased, MUNICH REINSURANCE  AMERICA, INC. AS SPONSOR OF THE MUNICH REINSURANCE AMERICA, INC. SAVINGS PLAN 094050; and VANGUARD GROUP, INC. PLAN ADMINISTRATOR OF THE MUNICH REINSURANCE AMERICA INC. SAVINGS PLAN,<br><br>Defendants. | Civil Action No. 11-6674<br><br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

IT IS HEREBY agreed by and among the undersigned counsel that the above-referenced matter shall be dismissed without prejudice.  It is further agreed that the issues raised by Defendant, Estate of  Michael J. Connors in its pending Motion to Dismiss shall be deemed moot by virtue of this Stipulation.

The undersigned parties reserve any and all rights, claims and defenses in this matter.

PFEIFFER & BRUNO, PC
Attorney for Plaintiff

By: _____
CHARLES BRUNO, ESQ.
A Member of the Firm

Dated: 4/27/12

FOX ROTHSCHILD, LLP
Attorney for Joan L. Zaun

By: _____
BRIAN SUBERS, ESQ.
A Member of the Firm

Dated: 4/26/12

CONSTANGY BROOKS & SMITH, LLC
Attorneys for Munich Reinsurance
America, Inc.

By: _____
    JOHN E. MACDONALD, ESQ.
        A Member of the Firm

Dated: 4/26/12

THE VANGUARD GROUP, INC.

By: _____/s/ Richard E. Coe_____
    RICHARD E. COE, ESQ.
    Associate General Counsel

Dated: 4/26/12